# RILEY RIPER HOLLIN COLAGRECO
ATTORNEYS AT LAW

Victoria L. Hooper, Esquire
e-mail: victoria@rrhc.com
extension: 206

Reply to:
240 Daylesford Plaza
Post Office Box 568
Paoli, PA 19301

May 22, 2008

**Via ECF and First-Class Mail**

The Honorable Peter Sheridan, USMJ
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

RE: National Business Adjusters, Inc. v. NuEnergy Group, Inc.
C.A. No. 06-698

Dear Judge Sheridan:

This firm represents Paul Hydok and NuEnergy Group, Inc. in the matter listed before Your Honor for argument on a series of motions on Tuesday, May 27, 2008 at 11:00 a.m. Susan Gibson Durant, the attorney who has been handling this matter, has left our office, and it is the client's preference to have Ms. Durant continue as his/its counsel. Ms. Durant is in the process of opening her own office, including satisfying the requirements for opening her own practice in the state of New Jersey. We are in the process of assisting Ms. Durant in transitioning this matter, and others, to her own New Jersey practice, and expect that process to be completed within the next two to three weeks. It is for this reason we are respectfully requesting that this matter be postponed for a brief period of time, to allow Ms. Durant to enter her appearance, and have my firm withdraw it's appearance, all in accordance with the appropriate requirements in the State of New Jersey. We have spoken with all other counsel in this matter and they have no objection to this request.

Thank you for your kind attention to this matter, and I apologize for any inconvenience this request may occasion.

Respectfully,

Victoria Hooper

VH/sam
cc: Susan Gibson Durant, Esquire
James P. Manahan, Esquire
Joann L. Drust, Esquire

*So Ordered*
*oral argument adjourned to June 30, 2008 at 12:00 p.m.*
*Peter Sheridan*

www.rrhc-law.com
240 Daylesford Plaza   Post Office Box 568   Paoli, PA 19301-0568   610.647.5800 Tel   610.647.1580 Fax
312 West State Street   Second Floor   Kennett Square, PA 19348-3025   610.444.8800 Tel   610.444.6599 Fax
Eagleview Corporate Center   Post Office Box 1265   Exton, PA 19341-1265   610.458.4400 Tel   610.458.4441 Fax
1201 North Orange Street   Third Floor   Wilmington, DE 19801   302.655.1140 Tel   302.655.1131 Fax
1 Quarry Street   Lambertville, NJ 08530-1117   609.397.2626 Tel   609.397.9331 Fax

58036.1