## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| NATIONAL BUSINESS ADJUSTERS, INC., *et al.*, | Civil Action No. 06-698 (PGS) |
| Plaintiffs, | |
| v. | **ORDER** |
| NUENERGY GROUP, INC., *et al.*, | |
| Defendants. | |

This matter comes before the Court on Defendants' motions for summary judgment and Plaintiffs' motion for leave to file an amended and supplemental complaint and for partial summary judgment. The Court, having considered the parties' submissions, and for the reasons set forth in the record on July 25, 2008, and for good cause having been shown,

IT IS on this 28th day of July 2008 hereby

ORDERED that the motions for summary judgment submitted by Defendants NuEnergy Group, Inc. and Paul Hydok and by Defendant John Tobelmann are both granted, and that Plaintiffs' motion for leave to file an amended and supplemental complaint and for partial summary judgment is denied. Plaintiffs' Complaint is dismissed with prejudice.

July 28, 2008

_____
PETER G. SHERIDAN, U.S.D.J.